**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7291**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COOPER JUNIOR PERNELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-179, CA-96-285)

———————

Submitted: December 12, 1996      Decided: December 19, 1996

———————

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Cooper Junior Pernell, Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying as frivolous his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Further, we find this appeal to be frivolous. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Pernell, Nos. CR-92-179; CA-96-285 (W.D.N.C. July 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2